**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

|  | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. |  |
| DEFENDANT(S). | **REFERRAL OF MOTION TO DISQUALIFY JUDGE / MAGISTRATE JUDGE** |

  A Motion to Disqualify Judge / Magistrate Judge _____ was filed on _____. Pursuant to General Order 08-05 and Local Rule 72-5, this motion is referred to Judge _____ for determination.

Clerk, U. S. District Court

_____  By _____
Date  Deputy Clerk

---

**FOR COURT USE ONLY**

Ruling on prior motion(s): ☐ No ☐ Yes. Refer to document number(s) _____

---

*cc:* *Judge Assigned to Case*
  *Judge Assigned to Determine Motion*
  *Counsel of Record*

CV-54 (05/08)  **REFERRAL OF MOTION TO DISQUALIFY JUDGE / MAGISTRATE JUDGE**